

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-88,298-02

### EX PARTE IVERY DWAYNE DORSEY, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 1097367-A IN THE 228th DISTRICT COURT FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of murder and sentenced to imprisonment for twenty years.

On November 2, 2015, an order designating issues was signed by the trial court. In response to this Court's mandamus abatement order, the district clerk has forwarded Applicant's habeas corpus application. However, the trial court has not resolved the designated issues and entered findings of fact and conclusions of law. Therefore, we remand this application to the 228th District Court of Harris County to allow the trial judge to complete an evidentiary investigation and enter

findings of fact and conclusions of law.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time must be requested by the trial court and shall be obtained from this Court.

Filed: September 12, 2018
Do not publish